IN The United States District Court For the eastern district. OF Oklahoma.

Lamonemorlee Johnson, ) Case No.
Plaintiff, ) CIV-269-JHP-SPS
V. )
Dr. Sanders et, al. )
Defendants )

**FILED**
DEC 11 2019
Clerk, U.S. District Court
By _____ Deputy Clerk

## Change Of Address

I certify that my Address be Changed to: Lamone Johnson #744047
O.S.P./NW-2/JJ
P.O Box 97.
McAlester OK 74502

from old address: Lamone Johnson #744047
DoCoR./FD-210
6888 E. 133rd Rd.
Holdenville, OK 74848

Pg 1

Please Change Address.

I certify the foregoing is true and correct to the best of my knowledge. Lamore S——— 74/4647
Dated 12-4-19

Certificate-of-mailing

I Certify I placed this in the Prison mailbox on 12-4-19, With a legal Postage. Lamore S——— 744647

Order

I ~~Certify~~ that a copy of this be Served on the defendants lawyer on _____ Due to Lamone Johnson
        Date
being In a max security Penitentiary and Just arriving there.

_____
United States District Judge

Pg 2