SPECIAL REPORT


Exhibit 8:


Grievance Record



JOE M. ALLBAUGH
DIRECTOR

MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

DCF 18-160

Date:       JULY 24, 2018

To:         JOHNSON, LAMONE #744047

Location:   DCF

From:       Mark Knutson, Director's Designee   *Mark Knutson*

**Your grievance/correspondence was filed improperly for the following reason(s):**

|   |     |                                                                                                                                                                                                     |
|---|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | 1.  | No facility head response to the grievance.                                                                                                                                                          |
|   | 2.  | No informal action or "Request to Staff" response included.                                                                                                                                          |
|   | 3.  | Out of time from date of alleged incident until filing request to staff.                                                                                                                             |
|   | 4.  | Out of time from date of response to request to staff until filing the grievance with facility head.                                                                                                 |
| X | 5.  | Received **out of time** from date of facility head response                                                                                                                                         |
|   | 6.  | You cannot appeal a non-response.  See OP-090124 section IV.C.11. or V.C.4.                                                                                                                           |
|   | 7.  | Inmate on grievance restriction and/or proper documentation **not** included.                                                                                                                        |
|   | 8.  | Must be legibly written in blue or black ink.  No pencil or other color of ink is allowed. No doodling or writing in margins.                                                                         |
|   | 9.  | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required).                                                                                                      |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (**Private prison property,** misconduct, litigation pending, not within/under the authority/control of the Department of Corrections, etc.) |
|   | 11. | More than 1 issue - only 1 issue allowed per grievance/Request to Staff                                                                                                                              |
|   | 12. | Not of a sensitive/emergency nature.  You must follow the standard grievance process including giving the facility an opportunity to respond.                                                          |
|   | 13. | Requests for disciplinary action against staff will not be addressed in the grievance process.                                                                                                       |
|   | 14. | Appeal form not **signed/dated.**                                                                                                                                                                    |
|   | 15. | Grievances shall not be submitted requesting monetary compensation.                                                                                                                                  |
|   | 16. | The ruling of the Administrative Review Authority or Director's Designee is final.                                                                                                                   |
|   | 17. | Facility grievance number not listed on the appeal form.                                                                                                                                             |
|   | 18. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the facility head for response, will not be addressed by this office.                               |
|   | 19. | You have failed to follow previous instructions from the **reviewing authority** or ARA for filing this **grievance**/appeal and/or properly resubmit.  **YOU ARE NOW OUT OF TIME.**                  |
|   | 20. | You did not provide the **date** that you received the reviewing authority's response on the appeal form.                                                                                             |
|   | 21. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred                                                                                      |
|   | 22. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form.                                                                                                  |
|   | 23. | Your appeal must be written on the current Misconduct/Grievance Appeal form (DOC060125Veffective **4/17**).                                                                                           |
|   | 24. | You will be afforded **ONE FINAL** opportunity to properly resubmit your corrected grievance/appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.** |
|   | 25. | Other:                                                                                                                                                                                               |

**THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS**
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response:_____

Inmate's signature and date

P.O. BOX 11400, OKLAHOMA CITY, OK.  73136-0400

## GRIEVANCE RETURNED UNANSWERED

*Thidereered*

AS 282

**Received:**

X I/M Refused

**Inmate signature**

X 6-28-18

**Date**

| | |
|---|---|
| **DATE:** | June 26, 2018 |
| **TO:** | Johnson, Lamone, #744047 |
| **FROM:** | James Yates, Warden |
| **Received:** | June 22, 2018 |
| **RE:** | Return of Grievance # 2018-1001-00160-G |

### YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:

☐   You have not filed your grievance within the specified time frame.  **(CANNOT RESUBMIT)**

    ☐ The "Request to Staff" must be submitted within seven (7) days of the incident.

    ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
       date of the receipt of the response to the "Request to Staff."

☐   An **ANSWERED** Request to Staff form addressed to the correct staff member must be attached.

☐   The Request to Staff issue does not match the issue requested on the Grievance.

☐   Inmate Request forms are not utilized in the Grievance Process.

☐   You have not completed the Grievance form correctly, in its entirety, or on the correct form.

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐   The Grievance must be specific as to the **complaint, dates, places, personnel involved and how the inmate was affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."

☐   You cannot grieve more than one **ISSUE** per grievance form.

☐   You are on **Grievance Restriction**, proper documentation not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature, the grievance is being returned and you must comply with the standard grievance process.

2

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
2. Grievances may not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
3. Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
4. Grievances shall not be submitted requesting monetary compensation.

☒ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016**
5. Privately contracted facility property issues are not grievable.

☒ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
d. Grievances about de minimis (small, trifling, no available remedy) issues;
e. Repetitive grievances by multiple inmates/offenders about the same issue;
f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
g. Continued procedural defects, such as submitting additional pages, after having been previously warned. **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit the Grievance within **10 days** of receipt of this notice with the noted corrections completed. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other:

INMATE/OFFENDER GRIEVANCE

RECEIVED JUL 2 2 2018

GRIEVANCE

Grievance no. _2018-1001-00160 G_

Grievance code: _8_

Response due: _7/11/18_

Please Return COPY (Front ? Back)

**DO NOT WRITE ABOVE THIS LINE**

Date _6-15-18_   Facility or District _D.C.F_

Name _Lamone Johnson_ (Print)   Facility Housing Unit _AS-222_

ODOC Number _744447_   Date "Request to Staff" response received: _June - 5th_

Have you previously submitted a grievance on this same issue? Yes/No If yes, what date _____, facility
_____, grievance # _____. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places,
personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
this page only, if necessary.

On 5-17-18, I wrote 2 sick calls Pretaining to ① the Property
Officer depriving me of my 3 - cosmetics upon arrival. that were
approved at another facility (J.H.C.C) due to me having "Gender
Dysphoria. ② That I have a special clothing order in my Medical →

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
from whom you sought an answer to your grievance.

5-17-18  2- Request to Health Services
5-22-18  RTS to Ray Larimer C.H.S.A.

3.   The action you believe the reviewing authority may lawfully take.

Reimburse my consficated Items
or the Value of currency for those Items.

Grievance report sent to (warden/district supervisor/correctional health services administrator):
_Ray Larimer_   _C.H.S.A._
Name   Title

_6-15-18_
Signature of Grievant   Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

Files For undergarments Due to me having Scynitostics
Per. OP 140147 (Such as Breast) 3. P.R.E.A 115.42, I need
My Bra 3. Panties due to without them it makes me VUlnerable
for Sexual Asshault! Due to my nipples showing 3. as male
Gentitella on 5-22-18, I wrote a RTS to Ray Larimer C.H.S.A
Pertaining to this Issue! He responded on 6-4-18 " You are
not approved for this" How Am I not Approved? If he would've
clecked my medical Records. I have an order For My
undergarments. So evidently I Am Approved



RECEIVED
JUN 22 2018
GRIEVANCE

# INMATE/OFFENDER GRIEVANCE

Grievance no. _____

Grievance code: _____

Response due: _____

**DO NOT WRITE ABOVE THIS LINE**

Date _____   Facility or District _____

Name _Lamine Johnson_   Facility Housing Unit _____
            (Print)

ODOC Number _194147_   Date "Request to Staff" response received: _June 5_

Have you previously submitted a grievance on this same issue? _No_ If yes, what date _____, facility _____, grievance # _____. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.   The nature of your complaint.  This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected.  One issue or incident per grievance.  Use backside of this page only, if necessary.

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

_5-17-18 2 - Request to Health Services_
_5-17-18 RTS to Ray Lartimer C.H.S._

3.   The action you believe the reviewing authority may lawfully take.

_Reimburse my confiscated Items_
_or the value of currency for those Items._

Grievance report sent to (warden/district supervisor/correctional health services administrator):
_Ray Lartimer_   _C.H.S.A_

Name _Lamine Johnson_   Title _____

Signature of Grievant   Date Sent to Reviewing Authority _6-15-18_

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

6

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Ray Larimer -CHSA-   FACILITY/DIST/UNIT: D.C.F   DATE: 5-22-8
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #:_____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:    State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 5-17-18, I wrote 2 Sick Calls pertaining to 1. The Property officer depriving me of my 3-cosmetics that were approved at another facility due to me having "Gender dysphoria". 2. That I have a special clothing order in my medical files for→
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Approve my undergarments and order and Issue them and Approve my cosmetics and Issue them back to me.

NAME: Camice Johnson   DOC NUMBER: 744044   UNIT & CELL NUMBER: A South-[?]
(PRINT)
SIGNATURE: [signature]   WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: You are not approved for this.

[signature]                                    6-4-18
STAFF MEMBER                          DATE

Date response sent to inmate: _____ JUN 5 --
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

RECEIVED JUN 22 2018 GRIEVANCE

7

under garments Due to me having Secondary Charastics
Per OP-14014", and P.R.E.A. 115.42, I need
my Bra & Panties due to without them it
makes me vulnerable for Sexuall Assault
Due to my nipples shaving & my Renis.

Lamar Jelvson - 744047





JOE M. ALLBAUGH
DIRECTOR

MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

DCF 18-166

| Date: | JULY 24, 2018 |
| To: | JOHNSON, LAMONE #744047 |
| Location: | DCF |
| From: | Mark Knutson, Director's Designee  *Mark Knutson* |

**Your grievance/correspondence was filed improperly for the following reason(s):**

|   |   |   |
|---|---|---|
|   | 1. | No facility head response to the grievance. |
|   | 2. | No informal action or "Request to Staff" response included. |
|   | 3. | Out of time from date of alleged incident until filing request to staff. |
|   | 4. | Out of time from date of response to request to staff until filing the grievance with facility head. |
|   | 5. | Received **out of time** from date of facility head response |
|   | 6. | You cannot appeal a non-response.  See OP-090124 section IV.C.11. or V.C.4. |
| X | 7. | Inmate on grievance restriction and/or proper documentation **not** included. |
|   | 8. | Must be legibly written in blue or black ink.  No pencil or other color of ink is allowed.  No doodling or writing in margins. |
|   | 9. | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required). |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (**Private prison property**, misconduct, litigation pending, not within/under the authority/control of the Department of Corrections, etc.) |
|   | 11. | More than 1 issue - only 1 issue allowed per grievance/Request to Staff |
|   | 12. | Not of a sensitive/emergency nature.  You must follow the standard grievance process including giving the facility an opportunity to respond. |
|   | 13. | Requests for disciplinary action against staff will not be addressed in the grievance process. |
|   | 14. | Appeal form not **signed/dated**. |
|   | 15. | Grievances shall not be submitted requesting monetary compensation. |
|   | 16. | The ruling of the Administrative Review Authority or Director's Designee is final. |
|   | 17. | Facility grievance number not listed on the appeal form. |
|   | 18. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the facility head for response, will not be addressed by this office. |
| X | 19. | You have failed to follow previous instructions from the **reviewing authority** or ARA for filing this **grievance**/appeal and/or properly resubmit.  **YOU ARE NOW OUT OF TIME.** |
|   | 20. | You did not provide the **date** that you received the reviewing authority's response on the appeal form. |
|   | 21. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
|   | 22. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form. |
|   | 23. | Your appeal must be written on the current Misconduct/Grievance Appeal form (DOC060125V effective **4/17**). |
|   | 24. | You will be afforded **ONE FINAL** opportunity to properly resubmit your corrected grievance/appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.** |
| X | 25. | Other:  **AFFIDAVIT NOT SUBMITTED TO THE REVIEWING AUTHORITY AND ARA.** |

**THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS**
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response:_____
**Inmate's signature and date**

P.O. BOX 11400, OKLAHOMA CITY, OK.  73136-0400

# GRIEVANCE RETURNED UNANSWERED

FB 212

**Received:**

_____
**Inmate signature**

7-9-18

_____
**Date**

DATE:       July 5, 2018
TO:         Johnson, Lamore, #744047
FROM:       Ray Larimer, Health Services Administrator   X _____
Received:   July 5, 2018
RE:         Return of Grievance # 2018-1001-**00166**-G

## YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:

☐   You have not filed your grievance within the specified time frame.   **(CANNOT RESUBMIT)**

    ☐ The "Request to Staff" must be submitted within seven (7) days of the incident.

    ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
    date of the receipt of the response to the "Request to Staff."

☒   An **ANSWERED** Request to Staff form addressed to the correct staff member must be attached.

☐   The Request to Staff issue does not match the issue requested on the Grievance.

☐   Inmate Request forms are not utilized in the Grievance Process.

☐   You have not completed the Grievance form correctly, in its entirety, or on the correct form.

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
comments, in the margins of the pages is permitted.

☐   The Grievance must be specific as to the **complaint, dates, places, personnel involved
and how the inmate was affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
submission, the inmate may file a grievance to the reviewing authority with a copy of the "Request
to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The
grievance form may only be filed about the lack of response to the "Request to Staff."

☐   You cannot grieve more than one **ISSUE** per grievance form.

☒   You are on **Grievance Restriction**, proper documentation not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature, the grievance
is being returned and you must comply with the standard grievance process.

10   7/24

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**1.** Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**2.** Grievances may not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**3.** Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**4.** Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016**
**5.** Privately contracted facility property issues are not grievable.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
d. Grievances about de minimis (small, trifling, no available remedy) issues;
e. Repetitive grievances by multiple inmates/offenders about the same issue;
f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
g. Continued procedural defects, such as submitting additional pages, after having been previously warned. **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit the Grievance within **10 days** of receipt of this notice with the noted corrections completed. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other:  **Dr. Jones told you that you needed to discuss your diagnosis with your primary QMHP. You have not done this. You need to address this to medical at this facility.**

## INMATE/OFFENDER GRIEVANCE

RECEIVED
JUL 0 5 2018
GRIEVANCE

Grievance no. 2018-1001-00166 G

Grievance code: 11

Response due: 7/24/18

---

**DO NOT WRITE ABOVE THIS LINE**

Date 7-1-18                                    Facility or District D.C.F

Name LaMore Johnson                            Facility Housing Unit As-222
       (Print)

ODOC Number 744017              Date "Request to Staff" response received: June 25 2018

Have you previously submitted a grievance on this same issue? Yes  If yes, what date 5-23-18, facility D.C.F, grievance # Mara-164  You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint.  This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected.  One issue or incident per grievance.  Use backside of this page only, if necessary. On 5-1-18, I was at D.C.C.C, I was Assesed by Dr. Patrica Jones for "Gender dysphoria" On 5-23-18, I was Informed by D.C.F - Cht, S.A. Ray Larimon that Dr. Patrica Jones sent him a Summary order of my

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
RTS to Dr. Patrica Jones(5-23-18
Emergency Grievance to P.I.A.R.A (5-23-18)

3.    The action you believe the reviewing authority may lawfully take.
Diagnose me with the correct criteria of Gender dysphoria and Re-instate my Hormone therapy which has been discontinued and altered, Interved with Refer me to outside Gender dysphoria Speacialist.

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Ray Larimer                                    C.H.S.A

Name                                           Title
                                               @ 7-1-18
Signature of Grievant                          Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

"Gender dysphoria" Evaluation Denying the free
Criteria of Gender dysphoria, Removing my Hormone
Therapey that was Prescribed by an diffrent
Physician See: Estelle V. Gamble 429, u.s at 104-05,
See also: White V. Napoleon 897 F.2d. 108, 106-10 (3d cir.
1990) "Prison Doctor Ignored instructions of inmates Prior
Physican Regarding treatment Of Chronic ear infection"

In my case Hormoe therapey. See: Steele V. Shah, 87.
F.3d. 1266, 1270 (11th cir, 1996) "deliberate indifference for
Prison doctor to "discontinue" Pschotropic medications
Prescribed for inmate at Preview Prison on the basis of one
minute Interveiw and without reviewing most medical
Records.) Wherefore Interfering, Discontinuing My Hormone
therapey Which I been on for over 2 Years would cause
me significant harm Vomiting, Abdominal Pain, Breast
Cutting, Cancer, Depression and could possibly lead up to
Suicide, Self-harm, Self Castoration, Which I Attempted 3 Times
In my Adolescent Years, Due to the Strong discomfort of my
Genetily, See: Estate of Cole V. Fromn, 94. F.3d 254, 259
(7th cir. 1996) "Prison officals may be liable for an inmates
Suicide if they were deliberately indiffrent to a substantial
Suicide Risk," Farmer V. moritsugu, 163. F.3d 610, 611 (D.C. cir 1998.)
"this Condition also called "Gender dyshphoria" is commonly
accomplined by a desire to change ones anatomic Sexual
Features to conform Physically with ones Perception of self. to
relieve this gender discomfort. Transsexuals may persue.
some Combination of hormone therapey, Surgery and Psychological
Counseling to live in their Prefered Gender Role by dressing naming
and conducting themselves in conformity with that gender
See: also: maggert V. Hanks, 131. F.3d 670, 671 (7th cir 1997.)
Fields V. smith, 712. F. Supp. 2d 830, 861, 69 (ED wis 2010)
See: Delonta, 330 F.3d at 634-35; wrote there on 5-23-18
I wrote a RTS to Dr. Patricia Jones adressing these issues on 6-6-18
she responded " You need to discuss your diagnosis with your Primary QmHP.
all medication decisions are made by medical.

RECEIVED
JUL 05 2018
GRIEVANCE

JHCC
Law Library

JUN 05 2018

Received

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Dr. Patricia Jones          FACILITY/DIST/UNIT: From D.C. DATE: 5-28-18
(NAME AND TITLE OF STAFF MEMBER)    JHCC 9151    To JHCC    Jones

I have ___ have not ✓ already submitted a "Request to Staff or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ✓ have a grievance pending on this issue.    MAY 30 2018
I affirm that I do ___ do not ___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____ LAW LIBRARY
This request ___ does ___ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

On 5-1-18 @ Dick Conners Corr. center, you assessed
me for "Gender dysphoria". The conclusion of your
"Assesment" was that I did not have "Gender dysphoria"
unt to stop my current Hormone therapy that I was +

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

Diagnose me with the correct criteria of Gender dysphoria
and Re Instate my Hormone therapy, which has been
discontinued.

NAME: LaMarie Johnson   DOC NUMBER: 944647 UNIT & CELL NUMBER: A5-222
      (PRINT)
SIGNATURE: Ms. (?) (?) LaMarie Johnson WORK ASSIGNMENT: # Trans Pride

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
You need to discuss your diagnosis with
your primary GM/P. all medication
decisions are made by medical.                    RECEIVED

Dr. Jen                          6/6/18          JUN 06 2018
STAFF MEMBER                     DATE              JHCC
                                                  MHU-UNIT

                    JUN 25 —

Date response sent to inmate: _____          RECEIVED
1. Original to file
2. Copy to inmate/offender                      JUL 0 2 ___ DOC 090124D (R 9/16)
                                                GRIEVANCE

and has been Receiving since/was Before My
In Corceration Which Violates the Eight Amendment
Of the U.S Constitution See: Estelle V. Gamble
429 U.S at 104-05, See also: White V. napoleon
897 F.2d. 103, 106-10 (3d cir. 1990) "Prison
Doctor Ignored instructions of inmates Prior Physician
Regarding treatment of Chronic ear Infection: Is
My Case My "Hormone replacement Therapy" see:
Steele V. Shah, 87 F.3d. 1266, 1270 (11th cir 1996)
"deliberate indifference for Prison doctor to "discontinue"
PSchotropic medications Prescribed for inmate at
Previous Prison on the basis of one Minute Interview
and Without reviewing most medical records.) Werefore
Interfering, Discontinuing My Hormone therapy, which i been on
for over 2 years Would Cause me significant Harm
Vomitting, Abdominal Pain, Breast swelling, Cancer,
Depression and Could Possibly lead Up to cutting, self-
harm, Self-Castoration, Which i Attempted 3 Times In My
Adolescent Years Due to the strong discomfort of my
Genetilia, See: Estate of Cole V. Fromm, 94 F.3d
254, 259, (7th cir. 1996) "Prison officials may be liable
for an Inmates suicide. if they were deliberately
indifferent to a substantial suicide Risk, Farmer V. Montsoyu
163 F.3d 616,611(D.C. cir. 1998) "this Condition, also called
Genderdysphoria" "is Commonly accompained by a desire to
Change one's anatomic Sexual features to Conform physically
With one's Perception of self. to relieve this gender discomfort
Trans sexuals, may Pursue some Combination of hormone therapy
                                                    they may also Choose
Surgery and PSychological Counseling)
to live in their Preferred gender role by dressing naming, and
Conducting themselves in Conformity With that gender."
See also: Maggert V. Hanks, 131.F.3d 670, 671 (7th cir 1997.)
  Fields V. Smith, 712 F.supp.2d 836, 867-69 (E.D Wis. 2010)
See: DeLonta, 330 F.3d at 634-35, Wolfe V. Horn, 131 F.supp2d &

JUL 05 2018
GRIEVANCE
FIVE

# GRIEVANCE RETURNED UNANSWERED

FB
8|2

**Received:**

_Samuel____

**Inmate signature**

8-6-18

**Date**

**DATE:**      **July 27, 2018**
**TO:**        **Johnson, Lamone, #744047**
**FROM:**      **Ray Larimer, Health Services Administrator**
**Received:**  **July 27, 2018**
**RE:**        Return of Grievance # 2018-1001-**00179**-G

## YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:

☒   You have not filed your grievance within the specified time frame.  **(CANNOT RESUBMIT)**

    ☐ The "Request to Staff" must be submitted within seven (7) days of the incident.

    ☒The inmate/offender grievance must be submitted by the inmate/offender 15 days from the date of the receipt of the response to the "Request to Staff."

☐   An **ANSWERED** Request to Staff form addressed to the correct staff member must be attached.

☐   The Request to Staff issue does not match the issue requested on the Grievance.

☐   Inmate Request forms are not utilized in the Grievance Process.

☐   You have not completed the Grievance form correctly, in its entirety, or on the correct form.

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐   The Grievance must be specific as to the **complaint, dates, places, personnel involved and how the inmate was affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."

☐   You cannot grieve more than one **ISSUE** per grievance form.

☒   You are on **Grievance Restriction**, proper documentation not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature, the grievance is being returned and you must comply with the standard grievance process.

16   8|5

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**1.** Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**2.** Grievances may not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**3.** Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**4.** Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016**
**5.** Privately contracted facility property issues are not grievable.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
d. Grievances about de minimis (small, trifling, no available remedy) issues;
e. Repetitive grievances by multiple inmates/offenders about the same issue;
f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
g. Continued procedural defects, such as submitting additional pages, after having been previously warned. **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an _**ORIGINAL**_ Grievance within **10 days** of receipt of this notice with the noted corrections completed. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other:  **The RTS was returned to you on 7/9/18 and your grievance was not received until 7/27/18, 18 days later. You are on grievance restriction and you did not attach an affidavit with your grievance and RTS.**

INMATE/OFFENDER GRIEVANCE

Grievance no. 2018-1001-00179G

Grievance code: 7

Response due: 8/15/18

**RECEIVED**
**JUL 27 2018**
**GRIEVANCE**

DO NOT WRITE ABOVE THIS LINE

Date 7-16-18                          Facility or District Davis Corr. Facility

Name Lamone Johnson             Facility Housing Unit FB-212
(Print)
ODOC Number 744047               Date "Request to Staff" response received: 7-9-18

Have you previously submitted a grievance on this same issue? No ( ) If yes, what date ___No___, facility ___No___, grievance # ___No___. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 6-22-18, I wrote a Request for Staff Health Services to D.C.F Medical Center, for an Renewal on my Derma Daily w Aloe Vera" on 6-27-18, I received a Response Denying me my "Derma Daily w Aloe Vera" Informing me to Purchase off Canteen, This Specific lotion was Prescribed to me Due to Dry Skin and my Exlezma and is very effectively for my →

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

    Request to Health Services - 6-22-18
    Request to Staff 7-1-18 - Ray Larimer

3.  The action you believe the reviewing authority may lawfully take.

    Reorder my Prescribe treatment and continue to provide my treatment.

Grievance report sent to (warden/district supervisor/correctional health services administrator):

~~Larry Fields~~ Ray Larimer                    C.H.S.A
Name                                              Title
                                                  7-16-18
Signature of Grievant                             Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

Treatment. to deny me medical care is an eight Amendmant violation.
Due to me Being Indengent I Cannot Purchase this Item from canteen.
and The Davis corr. Facility does not have this specific Lotion on canteen
See: Estelle V. Gamble 429 U.S at 104-05, See also White V. NaPolean
499 F.2d. 103, 106-10 (3d cir. 1990) See: Steele V. Shah, 47 F.3d. 1266, 1270
(11th cir, 1996.) As well as side effects of Estradiol, Spironolactone
is Dry skin which I Am on as well.



RECEIVED JUL 27 2018 GRIEVANCE

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: C.H.S.A. Ray-Larimer   FACILITY/DIST/UNIT: DCF   DATE: 7-1-18
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 6-22-18, I wrote a Request for Health Services to
D.C.F Medical Center for an Renewal on MY "Derma Daily w
Aloe Vera" On 6-27-18 I Recieved a Response Denying me
My Derma Daily w/Aloe Vera" Informing me to Purchase of Commissary

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Renew MY Derma Daily w/Aloe Vera and Issue to me
at K.oP Use.

NAME: Lamere Johnson   DOC NUMBER: 744047   UNIT & CELL NUMBER: ____
(PRINT)
SIGNATURE: _____   WORK ASSIGNMENT: **FB242**

### DO NOT WRITE BELOW THIS LINE
**DISPOSITION:**

You do not have a medical need for this — you
may purchase Lotion from Commissary

STAFF MEMBER   DATE

JUL 9 —   RECEIVED  JUL 2 7 2018  GRIEVANCE

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

skin and exzema, and is very effectivley for my treatment
to deny me medical care is an eight Amendment violation.
Due to me being Indengent I cannot Purchase this
Item from canteen.  See: Estelle v. Gamble
429 u,s at 104-05, See also: White v. naPolen
897 F.2d. 103, 106-10 (3d Cir. 1990) See: Steele
Steele v. Shah, 87 F.3d. 1266, 1270 (11th Cir. 1996)



RECEIVED
JUL 27 2016
GRIEVANCE

FB213

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Johnson, Lamone | | | DOC Number | 744047 |
|---|---|---|---|---|---|
| Receipt Date: | 01/16/19 | Grievance Category Code: | 7 | Grievance Number: | 2019-1001-00038-G |

| | | | | |
|---|---|---|---|---|
| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical | 9. Records/Sentence Admin. |
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6.Legal | Fund  10.Religion 11.Personal Identity | |

Decision:

Inmate Johnson said that on 12/31/18 that he received inadequate medical care and wanted to be seen by a doctor.

After an investigation of the matter by Ray Larimer, Health Services Administrator, Inmate Johnson is being scheduled with a facility provider.

Inmate Johnson's **RELIEF IS GRANTED.**

X _____     X  01/24/19
Reviewing Authority – Facility Health Services Admin (medical issues)     Date

X _____     X  1-25-19
Review Authority – Facility/District/Unit Head     Date

I have received the copy of the response of the reviewing authority.

X _____     X  2-1-19
Signature of Grievant     Date

_____  Terry Underwood     2-1-19
Signature of Staff Witness and Printed Name of Witness     Date


You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, Ol 73106, within 15 <u>days</u> of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA
1. Original to file
2. Copy to inmate/offender                                    DOC 090124B (R 07/16 )

## INMATE/OFFENDER GRIEVANCE

Grievance no. 2019-1001-00038-G

Grievance code: 7

Response due: 2/4/19

---

**DO NOT WRITE ABOVE THIS LINE**

Date  1-11-19

Facility or District  Davis Corr Facility

Name  Lamone Johnson
(Print)

Facility Housing Unit  FD-210

ODOC Number  744047

Date "Request to Staff" response received:  1-7-19

Have you previously submitted a grievance on this same issue? __No__ If yes, what date _____, facility _____, grievance # _____. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 12-31-18, I filed a "request to health services" stating that i had a hemroid, on 1-1-19, i was Taken to Satelite medical, where i received inadequate medical care. The nurse stuck her finger in my rectum

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
Request to health services 12-31-18,- Unknown nurse.
Request to Staff-(RTS) - Ray Larimer- 1-2-19

3. The action you believe the reviewing authority may lawfully take.
Reimburse $4.00 copay or Set appt with doctor for examination of rectum.

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Ray Larimer

Name _____

Title  CHSA

Signature of Grievant _____

Date Sent to Reviewing Authority  1-11-19

1. Original to file
2. Copy to inmate/offender

RECEIVED
DOC 090124A (R 7/16)
JAN 1 6 2019
GRIEVANCE

and told me there was "nothing there". When indeed there is a small Ball that has formed after the opening of my anus. (rectum walls) I told her where it was, she still insisted "there's nothing there." therefore i received inadequate Medical care.

on 1-2-19, I wrote a RTS to Ray Larimer C.H.S.A about these issues, Hoping they would easily be resolved. I was asking for relief. that "I should be Properly examined by a doctor to be informed of what this lump, Ball is. Inside my Anus/rectum. as well as reimbursed my $4.00 Co. Pay for not receiving Proper (adequate) care that was Paid for.

— On 1-7-19 He responded "You may submit a Request to health Services Doc 140117A" Which indeed would have me Paying another

Foot note: Lancaster V. Monroe county    $4.00 for
116 F.3d at 1425                           more inadequate
                                           care.

1. "an offical acts with deliberate indiffreance when he Knows that an inmate is in serious need of medical care, but he fails or refuses to obtain medical treatment for the inmate.



RECEIVED
JAN 16 2019
GRIEVANCE

24

Must Be Submitted Through the Law Library or Designee

## Inmate/Offender Grievance Process

### REQUEST TO STAFF

TO: R.N. Larimer-CHSA _____ FACILITY/DIST/UNIT: D.C.F. DATE: 1-2-19

(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance #: _____

I affirm that I do ____ do not ✓ have a grievance pending on this issue.

I affirm that I do____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.

If a lawsuit is pending, indicate case number and court: _____

This request _____ does _____ does not ✓ relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED JAN 02 2019

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 12-31-18, I filed a "request to health services," alleging that I had a hemroid, on 1-1-19, I was taken to Satelite Medical, where I received inadequate medical care. The nurse stuck her finger in my rectum and told me

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I should be properly examined by a doctor to be informed of what this lump, ball, is inside my Anus/rectum. as well as reimbursed my $4.00 co-pay, for not recieving proper care that was paid for.

NAME: Lamone Johnson _____ DOC NUMBER: 744047 UNIT & CELL NUMBER: Fq-26

(PRINT)

SIGNATURE: [signature] _____ WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:

You may submit a request for health services DOC 140117 A.

[signature]

STAFF MEMBER

DATE

RECEIVED
JAN 16 2019
GRIEVANCE

Date response sent to inmate: ____ JAN 8 ____

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

that there "was nothing there."[1] when in
actuallty there is indeed a Ball that has
formed after the opening of my anus, I told her
where it was, she still insisted "there's nothing
there." Therefore i received "inadequate medical care"

[1]. Lancaster V. monroe County 116 F.3d at 1425
(Clearly established that " an offical acts with deliberate
indiffrecae when he knows that an inmate is in serios need of
medical care, but he fails or refuses to obtain medical treatment
for the inmate."



RECEIVED JAN 16 2019 GRIEVANCE

# GRIEVANCE RETURNED UNANSWERED

**Received:**

FP 210

X ~~Rommega~~
**Inmate signature**

X 2-15-19
**Date**

| | |
|---|---|
| **DATE:** | **January 30, 2019** |
| **TO:** | **Johnson, Lamone, #744047** |
| **FROM:** | **James Yates, Warden** X |
| **Received:** | **January 28, 2019** |
| **RE:** | Return of Grievance # 2019-1001-**00046**-G |

## *YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐ You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐ The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐ The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance is being returned and you must comply with the standard grievance process.

2\19

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
2. Grievances shall not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
3. Grievances shall not be submitted that include requests for disciplinary action against staff.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
4. Grievances shall not be submitted requesting monetary compensation.

☒ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
5. Property issues at privately contracted facilities are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☒ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **ABUSE OF THE GRIEVANCE PROCESS**
**Section-09 Programs Page: 17 OP-090124 Effective Date: 10/18/2017**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐
☐ a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: _____

## INMATE/OFFENDER GRIEVANCE

Grievance no. 2019-1001-00046-G

Grievance code: 8

Response due: 2/19/19

**RECEIVED**
JAN 28 2019
**GRIEVANCE**

---

**DO NOT WRITE ABOVE THIS LINE**

Date 1-20-19

Facility or District D.C.F

Name Lamone Johnson
(Print)

Facility Housing Unit FD-210

ODOC Number 744047

Date "Request to Staff" response received: 1-17-19

Have you previously submitted a grievance on this same issue? NO If yes, what date NO, facility NO, grievance # NO. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 12-26-18, My laundry bag was not returned inside was 2-towels, 2-Sheets, 2-wash clothes, 2-tshirts, 2-socks 2-Boxers, all state clothing. on 1-4-19. I wrote a RTS to Laundry about this issue. On 1-17-19. I received a response claiming there "records show" it went back to the unit." →

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

   RTS to Laundry 1-4-19

3. The action you believe the reviewing authority may lawfully take.

   Replace State issued clothing.

Grievance report sent to (warden/district supervisor/correctional health services administrator):

James Yates

Name

Warden-Facility Head.

Title

Signature of Grievant

1-20-19

Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

this was False. I have still failed to receive my Laundry bag with state issue clothing.



770.019
0167

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Laundry_____   FACILITY/DIST/UNIT: _DCoF_   DATE: _1-4-19_
   (NAME AND TITLE OF STAFF MEMBER)

> I have _____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
> If yes, what date: _____ facility: _____ grievance #: _____
> I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
> I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
> If a lawsuit is pending, indicate case number and court: _____
> This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

~~RECEIVED~~
~~JAN 07 2019~~
~~LAW LIBRARY~~

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 12-26-18, I Lost my Laundry bag inside was 2-Towels
2-Sheats, 2-wash clothes, 2 T-shirts, 2-socks, 2-Bolders. Stak
Clothing.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please replace Listed State clothing and Laundry bag.

NAME: _Lamone Johnson_   DOC NUMBER: _744047_ UNIT & CELL NUMBER: _FD-26_
   (PRINT)
SIGNATURE: _Lamone Jone_   WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
No. Our records Shows it went back to
the unit.

   W Chadick_____ 1-17-19

STAFF MEMBER     DATE

~~RECEIVED~~
~~JAN 28 2019~~
~~GRIEVANCE~~

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

**Grievance Decision from Reviewing Authority**

| Inmate/Offender Name: | Johnson, Lamone | | | DOC Number | 744047 |
|---|---|---|---|---|---|
| Receipt Date: | 02/26/2019 | Grievance Category Code: | 4 | Grievance Number: | 2019-1001-00102-G |

| 1. Discrimination | 3. Complaint against staff | 5. Disciplinary process | 7. Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6. Legal | Fund 10. Religion 11. Personal Identity | |

Decision: **AMENDED RESPONSE**

Inmate Johnson requested that all 11 inmates he listed on his PMI have non-associations placed on them.

After further investigation of the matter by Shanna Taylor, Case Manager it was determined that non-associations have been completed on ten of the inmates listed. Inmate Kevin Hill will require further investigation. Inmate Johnson will have to provide additional information for a non-association to be filed on I/M Kevin Hill.

Inmate Johnson's **RELIEF IS PARTIALLY GRANTED.**

| Reviewing Authority – Facility Health Services Admin (medical issues) | Date |
|---|---|
| X | |
| Review Authority – Facility/District/Unit Head | X  6/12/19 |
| | Date |

I have received the copy of the response of the reviewing authority.

| X  I/M Refused  TY | X  6/13/19 |
|---|---|
| Signature of Grievant | Date |
| Wendy Underwood Terry Underwood | 6/13/19 |
| Signature of Staff Witness and Printed Name of Witness | Date |

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK 73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, Ok 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 07/16 )

32

JOE M. ALLBAUGH
DIRECTOR

J. KEVIN STITT
GOVERNOR



STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

April 18, 2019

JOHNSON, LAMONE #744047
DCF 19-102

Mr. Johnson,

Your grievance is being reviewed. Based on the information provided to this office, I have forwarded your grievance to the Warden at DCF for further review and investigation. An amended response will be provided by the reviewing authority within twenty (20) days of receipt of this request.

If, after receiving and reviewing the amended response, you believe that you have grounds for an appeal as specified on OP-090124 entitled "Inmate/Offender Grievance Process" section VII.A., you may do so within the guidelines stipulated in policy.

Sincerely,

*Mark Knutson*

Mark Knutson, Director's Designee

The inmate/offender received a copy of this response_____
                                                      Signature and date

## Grievance Decision from Reviewing Authority

| | | | |
|---|---|---|---|
| Inmate/Offender Name: | Johnson, Lamone | DOC Number | 744047 |
| Receipt Date: | 02/26/2019   Grievance Category Code:   4 | Grievance Number: | 2019-1001-00102-G |

| | | | | |
|---|---|---|---|---|
| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical | 9. Records/Sentence Admin. |
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6.Legal | Fund   10.Religion | 11.Personal Identity |

Decision:

Inmate Johnson requested that all 11 inmates he listed on his PMI have non-associations placed on them.

After an investigation of the matter by Shanna Taylor, Case Manager, she will place non-associations on all the inmates he listed on his PMI.

Inmate Johnson's **RELIEF IS GRANTED.**


_____      _____
Reviewing Authority – Facility Health Services Admin (medical issues)      Date

X _____      X  3/14/17
Review Authority – Facility/District/Unit Head      Date

I have received the copy of the response of the reviewing authority.

X _____      X  3-18-19
Signature of Grievant      Date

_____      3/18/19
Signature of Staff Witness and Printed Name of Witness      Date


You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C
Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OH
73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea
to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA
1. Original to file
2. Copy to inmate/offender      DOC 090124B (R 07/16 )



INMATE/OFFENDER GRIEVANCE

**RECEIVED**
FEB 2 6 2019
**GRIEVANCE**

Grievance no. _2018-1001-00102-G_

Grievance code: _4_

Response due: _3/18/19_

---

**DO NOT WRITE ABOVE THIS LINE**

Date _2-21-19_          Facility or District _Davis Corr Facility_

Name _Lamone Johnson_          Facility Housing Unit _FOX delta-210_
(Print)

ODOC Number _744047_          Date "Request to Staff" response received: _2-21-19_

Have you previously submitted a grievance on this same issue? _No_ If yes, what date _N/A_, facility _N/A_, grievance # _N/A_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 1-23-19, I was informed by inmates that I was going to get killed by neighbor hoods, god's, 90's, so I would like Non-association's on the Inmates that threated me, on 1-25-19, I wrote a Request to staff (RTS) to MY Case Manager MS. Taylor, about Placing the NON-associations on all the

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

   RTS to MS. Taylor 1-25-19
   Verbal Conversation on 2-14-19
   Protective Measures Investigation (PMI) w MS. Taylor

3. The action you believe the reviewing authority may lawfully take.
   Place NON-associations on all "11" Inmates Listed.

---

Grievance report sent to (warden)/district supervisor/correctional health services administrator):
_James Yates_          _Warden-Facility head_
Name                    Title
_(signature)_           _2-22-19_
Signature of Grievant          Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

Inmates that was paid to kill me are my cellly Marquis Porter because my cellly came out as gay He was from neighbor hood 60's & 90's they told him they was gone kill him if he stayed on the Facility or if he went anywhere else where neighborhoods were. I us a Transgender belonging to the "LGBTQIP" Community, (Acronym for Lesbian, Gay, Bi-Sexual, Transgender, Queer, Inter-sex, Pan-sexual.) Stood up for him because us "Gay's and Transgender's" We Stick Together, so the same People who they Paid to harm him? is also Paid to harm Me. Ms. Taylor, filled out our PMI (Protective measures Investigation) on 7-18-19, On 7-19-19, she Informed us verbally that she can only Place Non-Associations on inmates at Davis Correctional facility, which is invalid. If I am sent anywhere where the People (6) Phillip mills, 2. Terrance mcneal, 3. Sednic Wilson 4. RD Dial, 5. Lamonn Blanner, 6. Day Sean Hickman 7. Joseph Berry, 8. Kevin hill, 9. Ode White, 10. Jeremy mcollaghen, 11. Joshua Tyler,) are being housed (detained) i am being put in harms way. which violates my U.S Constitutional rights of the Eigth Amendmant. (See farmer v. Brennan, 511 U.S. 825 (1994).), (see also Johnson V. Johnson, 385 F.3d 503 (5th cir. 2004) If Officials deny us Protection because of our sexual orientation and/or Gender identity. It violates our Equal Protection rights (Id. Johnson V. Johnson 385 F.3d 503, 532 (5th cir. 2004.) Wherefore ms. Taylor has met the deliberate indifferance requirement.



RECEIVED
FEB 2 6 2019
GRIEVANCE

36

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
**REQUEST TO STAFF**

TO: MS. Taylor CM FOX-D FACILITY/DIST/UNIT: DoCoF DATE: 1-25-19
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ____ already submitted a "Request to Staff" or grievance on this same issue.

RECEIVED

If yes, what date: _____ facility: _____ grievance #FEB 01 2019

I affirm that I do ___ do not ___ have a grievance pending on this issue.

I affirm that I do ___ do not ___ have a lawsuit of any type pending that relates in any way to this issue. BY _____
if a lawsuit is pending, indicate case number and court: _____

This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 1-23-19, I was Informed by Inmates that i was
going to get killed by Neighbor hoods, 60's, 90's. I would like
NoN-association placed on the following Inmates: 1. Phillip Mills
2. Terrance McNeal, 3. Sedric Wilson, 4. RD dial, 5. Lamonn Blonner →
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Place NoN-association's on the above listed Inmates. I
Fear that i will suffer "Irreplable harm". If not done.

NAME: Lamone Johnson (Monroe) DOC NUMBER: 744417 UNIT & CELL NUMBER: FD-210
(PRINT) (Monroe)
SIGNATURE: _____ WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: PMI has been filled out.

RECEIVED
FEB 20 2019
GRIEVANCE

_____ 02/18/19

STAFF MEMBER DATE

FEB 19 ANS'D

Date response sent to inmate: _____
Original to file
Copy to inmate/offender

DOC 090124D (R3716)

6. DaiJawn Hickman, 7. Joseph Berry, 8. Kevin Hill
9. Ode White, 10. Jeremy mcollloughen, 11. Joshua Tyler
These are People whom the neighbor hoods has paid
to kill me and my celly Marquis Porten. I took up for
him. because he Came out as "gay". Its a "Transgender"
all Gays, Bisexual's, Transgenders, Intersex, Queer, Pansexuals,
Lesibians. stick togather (My celly, Marquis) use to
be from Neighbor hood but no longer is. Please
Place us in a safe enviorment for "LGBTQIP"
Inmates. Thank-You.



RECEIVED
FEB 26 2013
GRIEVANCE

Grievance Number:            2019-1001-00273-G
Inmate Name and ODOC Number:   Lamone Johnson (#744047)
Facility Location:           Davis Correctional Facility

Your grievance appeal, dated July 31, 2019, was received on August 5, 2019.  All of your correspondence was thoroughly reviewed.  The actions you believe the Administrative Review Authority may lawfully take, and my response, are provided below.

**Request:**

"Please reinstate my HRT."

**Response:**

According to your record, a Qualified Mental Health Professional (QMPH) completed a Gender Dysphoria Forensic Mental Health Assessment report on May 11, 2018 and concluded you do not have a current diagnosis of Gender Dysphoria. Therefore, your request to reinstate your hormone replacement therapy (HRT) is denied.

If you need further assistance with any medical or mental health concerns/treatments, you must submit a "Request for Health Services" form (attached) to the medical unit at your facility, via the sick call process.

Disposition: (3) – Relief denied.

*OP-090124 entitled "Inmate/Offender Grievance Process," Section VII.D states, "The ruling of the administrative review authority or chief medical officer is final and will conclude the administrative remedy available to the inmate/offender within the jurisdiction of the Oklahoma Department of Corrections.  The inmate/offender will have satisfied the exhaustion of administrative remedies required by 57 O.S., Section 564.  The grievance procedure, however, does not satisfy the additional requirements for exhaustion of administrative remedies required by the Governmental Tort Claims Act, 51 O.S., Section 151 et seq."*

_____                    9/4/19
Cheri Atkinson                                        Date
Medical Services Manager

CA/cr

CC     Ray Larimer
       James Yates (Terry Underwood)
       Julie Rose
       James Rudek (Kim Wells)
       Janna Morgan, Ph.D. (Liz Janway)
       File

39

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR HEALTH SERVICES**

**TO BE COMPLETED BY INMATE**      Facility: _____   Date: _____

Inmate Name _____ DOC # _____ Unit_____

**I request the following service(s): (Check appropriate box(s))**

❑  **Medical**  ❑  **Mental Health**  ❑  **Dental**  ❑  **Optometry (eye)**  ❑  **Medication Renewal**
                                                                      (expired medications only)

**Reason for service:** _____

_____

_____

_____

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _____   Date: _____

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
| --- | --- |
| | |

**Comment:** _____

_____

_____     _____
      **RN/LPN/Health Care Provider Signature**                          **Date**

**"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.**

**NOTE:**  All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out.  "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

                                                                      DOC 140117A
                                                                      (R 5/17)

## Misconduct/Grievance Appeal To Administrative Review Authority

Inmate Name: Lamone Johnson

DOC Number: 744047

Department of Corrections
Medical Services Administration

Facility Where Offense/Grievance Occurred: Davis Correctional Facility

Offense Code: _____

AUG 05 2019

Date of misconduct violation: _____

Received

☐ Facility Misconduct Appeal Number

☑ Facility Grievance Appeal Number
2019-1001-00273-G

I received the response of the reviewing authority at the facility on: 7-31-19

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary.)  Your appeal will be returned to you unanswered if any other pages are submitted.

☑ Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☐ Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

Response: available evidence- On 6-6-19, i filed a "request to health services" to "meet" with Dr. Sanders for stopping my HRT (Hormone replacement therapy) because of a "inexperienced" Psychologist's report that i only meet the first required criteria for "gender dysphoria". The purpose of this meeting was a attempt to show my previous medical records and results →

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the Administrative Review Authority or Chief Medical Officer, and that this form is also a request for disbursement of funds from my trust fund draw account.  If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

Signature of Inmate

Date: 7-31-19

DOC 060125V (R 4/17)

Of another evaluation (Prior to my incarceration)
and to show Documentation written by "experinced
professional" within Gender dysphoria, to show one
1. I do meet the criteria for Gender dysphoria, 2.
That "inexperinced psychologists" often misdiagnose
Gender dysphoria for a "psychiatric disorder" and
the proper and professional way to distinguish the
Two. I was on Hormone replacement Therapy
Prior to my incarceration, when i was assesed
at LARC, i was continued on my HRT until i
arrived at Davis Correctional Facility, where i
was informed Dr. Patricia Jones denied me having "Gender
dysphonia" and said i had a "personality disorder", however
Ms. Jones report never stated to stop my HRT. That
was a decission that Dr. Sanders, Ray Larimer made.
which is Denying my eighth amendment rights to my
"serious medical need". i have wrote Dr. Patricia Jones
a RTS. She said that "all medications decisions are
made by medical." So saying in other words "I didn't
do it." which is what Davis medical and mental health
is saying "Ms. Jones told us to discontine it." I am
experincing mental and physical pain due to this error. my
body is making a transformation, from years of healing
my Gender dysphonia to Now stopping it? is worse
than denying it in the first place, see Phill PBS V. Michs.
Dept. of Corr., 731 F. Supp. 792 (W.D. Mich. 1990.)
I have filled out "sick calls" about the pain i am experincing
but there is more pain than what meets the eye. I
am severally depressed without my HRT. It makes me feel
less of a woman. Please reinstate my HRT. Thank-you.

Department of Corrections
Medical Services Administration

AUG 0 5 2019

Received

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Johnson, Lamone | | | DOC Number | 744047 |
|---|---|---|---|---|---|
| Receipt Date: | 07/08/19 | Grievance Category Code: | 7 | Grievance Number: | 2019-1001-00273-G |

| 1. Discrimination | 3. Complaint against staff | 5.Disciplinary process | 7.Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6.Legal | Fund 10.Religion 11.Personal Identity |

Decision:

On 6/6/19 Inmate Johnson sent a request to health services requesting to meet with Dr. Sanders regarding why his HRT (hormone replacement therapy) was stopped.

After further review of the matter, Ray Larimer, Health Services Administrator replied that Inmate Johnson was evaluated by a psychologist and he did not meet the criteria for therapy. Notification was sent to the inmate on 07/10/2018 per Dr. Sanders.

Inmate Johnson's **RELIEF IS DENIED.**

X _____

Reviewing Authority – Facility Health Services Admin (medical issues)

X _____ 7 - 16 - 19
Date

X _____

Review Authority – Facility/Unit Head

X _____ 7/16/19
Date

I have received the copy of the response of the reviewing authority.

X _____

Signature of Grievant

X _____ 7-31-19
Date

_____ Terry Underwood _____ 7-31-19

Signature of Staff Witness and Printed Name of Witness          Date

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK 73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, Ok 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 4/19)

43

## INMATE/OFFENDER GRIEVANCE

RECEIVED
JUL 0 8 2019
GRIEVANCE

Grievance no. _2019-1001-00273-G_

Grievance code: _7_

Response due: _7/29/19_

**DO NOT WRITE ABOVE THIS LINE**

Date _7-3-19_                                  Facility or Unit _DoCoF_

Name _Lamore (montae) Johnson_        Facility Housing Unit _FD-210_
        (Print)

DOC Number _744647_          Date "Request to Staff" response received: _7-7-19_

Have you previously submitted a grievance on this same issue? _N/A_ If yes, what date _N/A_, facility _N/A_, grievance # _N/A_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _On 6-6-19, I filled out a request to health services requesting that I meet with Dr. Sanders pertaining to him stopping my HRT (Hormone replacement therapy) estradiol 2mg, Spironolactone 50mg, I have been on_

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

   _RTS to Dr. Sanders 6-13-19_
   _Sick Call (Request for health services) 6-6-19_

3. The action you believe the reviewing authority may lawfully take. _Reinstate my estradiol 2mg and spironolactone 50mg, rediagnose me with correct criteria_

Grievance report sent to (warden/facility head/deputy director/correctional health services administrator):

_Rull Larimer_                          _Colo Soft_
Name                                    Title

_Banire Cru_                            _7-3-19_
Signature of Grievant                   Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

HRT for 4 Years Prior to my incarceration.
See GP-140147, PSS, IV. C, 2010 "once the
above steps have been Completed, hormonal treat
ment may be considered by the qualified medical
provider if the following: a. Hormonal treatment
was initiated prior to incarceration." I was on

HRT from the Oklahoma County Jail and from the
"freeworld". I was Prescribed estradiol and
Spironoluctore before my incarceration. See: Steele
V. Shah, 87 F.3d 1266, 1270 (11th cir. 1996); See
also: miller V. Schoenen, 75 F.3d 1305, 1311 (8th cir.
1996); See: De'Lonta V. Angelene 330 F.3d at
634-35, Phillips, 731 F. Supp. at 806 "Taking
measures which actually reverse the effects
of years of healing medical treatment... is
measurably worse < than failing to Provide
Such treatment in the first place." I I
have my medical records. MS. Jones did
not say discontinue my HRT. She did
incorrectly diagnose me.



RECEIVED
JUL 0 8 2019
GRIEVANCE

RECEIVED

## Must Be Submitted Through the Law Library or Designee JUN 1 8 2019
### Inmate/Offender Grievance Process
### REQUEST TO STAFF

BY: _____

TO: Dr. Sanders _____ FACILITY/UNIT: DoCoF   DATE: 6-13-19

(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ / _____ facility: _____ grievance #: _____

I affirm that I do ___ do not / have a grievance pending on this issue.

I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.

If a lawsuit is pending, indicate case number and court: _____

This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 6-6-19 i filed a request to health services. requesting that i meet with you pertaining to you stopping my HRT (hormone replacement therapy.) estradiol 2mg and spironolactone 50 mg. I have been on HRT for 4 years prior to my incarceration

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.) see back

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

reinstate my HRT estradiol 2mg and spironolactone 50 mg i have my medical records from Oklahoma county Jail.

NAME: Lamone (monie) Johnson DOC NUMBER: 744047 UNIT & CELL NUMBER: FD-210

(PRINT)

SIGNATURE: Lamone Johnson _____ WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: During your psychologist evaluation you did not meet the criteria for therapy. Offender Notification was sent 07/10/18 per Dr. Sanders

_____ 06/20/19

STAFF MEMBER    DATE

JUL 0 2 ANS'D

RECEIVED
JUL 0 8 2019
GRIEVANCE

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC-090124D (R 4/19)

See OP 140147, Pg.5, IV. C, 2.a. "Once the above steps have been completed, hormonal treatment may be considered by the Qualified Medical Provider if the following: a. Hormonal treatment was initiated prior to incarceration." I was on HRT from the Oklahoma County Jail and from the "free world". I was prescribed estradiol, and spirono before before I was incarcerated. See: Steele V. Shah, 87 F.3d 1266, 1270 (14th Cir. 1996), See also: Miller V. Schoenen, 75 F.3d 1305, 1311 (8th Cir. 1996.) See: De'Lonta V. Angelone, 708 F.3d at 522-25, DeLonta, 330 F.3d at 634-35, Wolfe V. Horn, 130 F.supp. 2d 648, 653 [E.D. Pa. 2001]; Phillips, 731 F.supp. at 800 [ Taking measures which actually reverse the effects of years of healing medical treatment ... is measurably worse[ than failing to provide such treatment in the first place]"). I would like to meet face to face i have my medical records.

2019-2736



RECEIVED
JUL 0 8 2019
GRIEVANCE



SCOTT CROW
INTERIM DIRECTOR

J. KEVIN STITT
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

DCF 19-292

Date:        SEPTEMBER 26, 2019

To:          JOHNSON, LAMONE #744047

Location:    DCF

From:        Mark Knutson, Director's Designee   *Mark Knutson*

Your grievance/correspondence was filed improperly for the following reason(s):

|   | 1. | No reviewing authority response to the grievance. |
|---|---|---|
|   | 2. | No informal action, Request to Staff response included. |
|   | 3. | Out of time from date of alleged incident until filing Request to Staff. |
|   | 4. | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority. |
|   | 5. | Received **out of time** from date of the reviewing authority's response. |
|   | 6. | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance). |
|   | 7. | Inmate on grievance restriction and/or proper documentation **not** included. See OP-090124, section X.B.2.a. |
|   | 8. | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins. |
|   | 9. | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required). |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (**Private prison property,** misconduct, litigation pending, not within/under the authority/control of the Department of Corrections) |
| X | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance. |
|   | 12. | Not of a sensitive/emergency nature. You must follow the standard grievance process including giving the reviewing authority an opportunity to respond. |
|   | 13. | Requests for disciplinary action against staff or monetary compensation will not be addressed in the grievance process. |
|   | 14. | Appeal form not **signed/dated.** |
|   | 15. | The ruling of the Administrative Review Authority or Director's Designee is final. |
|   | 16. | Facility grievance number not listed on the appeal form. |
|   | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office. |
| X | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. **YOU ARE NOW OUT OF TIME.** |
|   | 19. | You did not provide the **date** that you received the reviewing authority's response on the appeal form. |
|   | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
|   | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form. |
|   | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125Veffective **4/19**). |
|   | 23. | You will be afforded **ONE FINAL** opportunity to properly resubmit your corrected grievance appeal which must be received in ARA within ten (10) days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.** |
|   | 24. | Other: |

**THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS**
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response:_____

Inmate's signature and date

P.O. BOX 11400
OKLAHOMA CITY, OK. 73136-0400

Sent To inmate 9/26/19

48

# GRIEVANCE RETURNED UNANSWERED

**Received:**

_FD 210_

**Inmate signature**

**Date** 9-9-19

| | |
|---|---|
| **DATE:** | **August 28, 2019** |
| **TO:** | **Johnson, Lamone, #744047** |
| **FROM:** | **James Yates, Warden** |
| **Received:** | **August 19, 2019** |
| **RE:** | Return of Grievance # 2019-1001-00292-G |

## _YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☐ You have not filed your grievance within the specified time frame.   _(CANNOT RESUBMIT)_

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☒ The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐ The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

_original_

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☒ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☒ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☒ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☒ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: _____

INMATE/OFFENDER GRIEVANCE

RECEIVED

AUG 19 2019

GRIEVANCE

Grievance no. 2019-1001-00292-G

Grievance code: 4

Response due: 9/9/19

---

**DO NOT WRITE ABOVE THIS LINE**

Date 6-14-19

Facility or Unit _____

Name Lamore Johnson
(Print)

Facility Housing Unit _____

DOC Number 744847

Date "Request to Staff" response received: _____

GN#-2019-1001-00292-G

Have you previously submitted a grievance on this same issue? Yes  If yes, what date 7-19-19, facility DoCoF, grievance #2019-1001-00292 You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 6-24-19 @ 8:45 PM, Inmate Rossco Craig was Murderd 3 doors down from me. Because of F. Martinez and Shanna Taylor's deliberate-indifferance to mole him (Rossco Craig), a bisexual male) or his gang affiliated Celly.

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

   RTS to Warden 6-25-19
   Grievance #2019-1001-00292-G

3. The action you believe the reviewing authority may lawfully take.

   Listen to LGBTQIP Inmates own safety veiws and take into serious consideration. Screen all Inmates for LGBTQIP status, create a Questionare for LGBTQIP Inmates.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

James Yates

Name

Title Warden

8-14-19

Signature of Grievant

Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

# GRIEVANCE RETURNED UNANSWERED

**Received:**

FP210

X ~~Lamone Jame~~
**Inmate signature**

X 4-14-A
**Date**

**DATE:**       July 31, 2019
**TO:**          Johnson, Lamone, #744047
**FROM:**       James Yates, Warden
**Received:**   July 23, 2019
**RE:**          Return of Grievance # 2019-1001-00292-G

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
     **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☒   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☐   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☒   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
     highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
     comments, in the margins of the pages is permitted.

☐   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,
     Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
     submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
     to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
     The grievance form may only be filed about the lack of response to the "Request to Staff."**

☒   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
     is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: *__Too many issues on RTS and Grievance.__*

## INMATE/OFFENDER GRIEVANCE

Grievance no. 2019-1001-00292-6

Grievance code: 4

Response due: 8/12/19

RECEIVED

JUL 23 2019

GRIEVANCE

**DO NOT WRITE ABOVE THIS LINE**

Date 7-19-19                              Facility or Unit DaCoF

Name Lamone Johnson                  Facility Housing Unit FD-210

DOC Number 744047 (Print)           Date "Request to Staff" response received: 7-11-19

Have you previously submitted a grievance on this same issue? NO   If yes, what date N/H, facility N/A, grievance # N/A. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 6-24-19 @ 4:845 AM, Inmate Rossco Craig was pronounced Dead from murder by an Inmate ~~Rosseo~~ that is gang affiliated, that was his cell mate, because of Staff's deliborate indiffrence to his attempts of his →

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. RTS to Warden 6-25-19

3.   The action you believe the reviewing authority may lawfully take. Listen to LGBTQIP Inmates own safety Vetos and take into serious consideration. Screen all Inmates for LGBTQIP Status, Create a Questionaire for LGBTQIP Inmates.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator): James Yates

Name                                          Title Warden

Signature of Grievant                   Date Sent to Reviewing Authority 7-19-19

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

Saftey concerns, I have also attempted and have notified staff members of my unit team. That i can only live with Inmate Marquis Porter#386756 Ernesto Martinez and Shanna Taylor are saying me and Mr. Porter had a fight when we were cellys. We were only horse-playing. They refused to place my LGBTQIP sister (Porter) back into the cell with me. They also constantly issue us both misconducts for refusing cellys when we both have a hit on our head, by the same individuals. I Am a Trans-gender (MtF), Mr. Porter is a gay male. We are both vulnerable for attacks, on 3-16-19 Mr. Porter was attacked because Mr. Ernesto Martinez placed an affiliated gang member in his cell. When Mr. Porter was indeed safe in the cell with me. We are compatiable cellys. Mr. E. Martinez refused to move us for our safety. He says he don't do "Happy moves" and that he "don't protect bitches and fags". That "this is Prison", we need to "learn how to fight", Placing anyone in our cells is putting us at risk for the Public harm. Just like Rossco Craig we may not survive. Rossco was also from the LGBTQIP community (as well as me and Porter) we cell together because we stick together. We don't Kill each other, we protect each other. It's the gang-members and hetrosexual inmates that Kill LGBTQIP inmates. We can prevent this by bringing awarness, being cautions, start screening for LGBTQIP statuses, Start a Questionaires for LGBTQIP inmates. Rossco Craig was a Bi-sexual male. Don't let his death be a waste, let it be honored and a lesson to all, staff and inmates. Lets save the next Lesbian, gay, bisexual, Transgender, Queer, Intersex, Pan Sexual inmate. I speak on behalf of the LGBTQIP friends and family "Hear our cries, save us". Listen to our safety views. (See § 28 CoFo& § 115.42 (e)), See also OP. 030601, VII. Screening Assessment, B. 6. (d)

R.I.P Rossco Craig ♂ & ♀
#Rosscocraig movement

55

_FWD to Facility Investigator_

RECEIVED
JUL 0 1 2019
BY:_____

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: __Warden_____   FACILITY/UNIT: __DoCoF____ DATE: __6-25-19__
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ / facility: _____ grievance #: _____
I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court:
This request _____ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 6-24-19 @ 4:45 AM, Inmate Rossco Craig was Pronounced
Dead from Murder by an Gang-affiliated Inmate as his cell
mate. because of Staff's deliberate-indifference to his warning
attempts of his safety concerns. I have also attempted and have notified→

(USE OTHER SIDE IF MORE SPACE IS NEEDED.  DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Prevent Irreparable harm from the LGBTQIP Family and community. Listen
to our own safety views take into serious consideration. Place us
only in cells with other LGBTQIP Family. Place Marquis Porter 786756
In my cell where were both safe or order Staff to Quit issuing us misconducts for only refusing

NAME: __Lamore(Monie) Johnson__ DOC NUMBER: __744047__ UNIT AND CELL NUMBER: __FD216__
(PRINT)

SIGNATURE: __Lamore Johnson__   WORK ASSIGNMENT: __#RosscoCraigMovement__

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:
_The incident is being investigated_

_Horseplay is not allowed_

_Johnson_ _____   _7/9/19_

STAFF MEMBER                    DATE

JUL 1 1 ANS'D

RECEIVED
JUL 23 2019
GRIEVANCE

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

Staff members of PTP are aware I am PTP around Inmate Marquis Porter #786756, Ernesto Martinez, Shanna Taylor are saying me and Mr. Porter had a fight when we were cellys. When indeed we were only horse-playing. They refuse to place my LGBTQIP sister (Porter) back into the cell with me. They also constantly issue us both misconducts for refusing cellys when we both have a hit out on us by the same individuals. I am a Transgender (MTF), Mr. Porter is a Gay male. We are both vulnearble for attacks. On 3-16-19 Mr. Porter was attacked because they (Ernesto Martinez) placed an affiliated gang member into his cell when he was safe in the cell with me. We are compatible cellys. Mr. E. Martinez refuses to move us for our safety. He says he don't do "happy males" and that he "don't protect bitches and fags." That "this is prison" and we "need to learn how to fight." Placing anyone else in our cell is putting us in irreprable harm. Just like Rossco Craig we may not survive. Rossco was also from the LGBTQIP community (as well as me and Mr. Porter) We cell together because we stick together. We do not kill one another. It is the Gang members and hetrosexual Inmates. We cannot bring Rossco back but we can save other LGBTQIP Inmates. Starting with me and Marquis Porter by placing us in the cell together. We can avenge Rossco's death by preventing, bringing awareness, being cautious, screening for LGBTQIP statuses. Rossco Craig was a bi-sexual male which is the "B" in LGBTQIP we are apart of the same community. Don't let his death be a waste. Let it be a honorable lesson to all staff and inmates in the future to come. Save the next

Lesbian, Gay, Bi-sexual, Transgender, Queer, Intersext, Pansexual Inmate! Look at what happens to our community out in the world. Our clubs get shot up, Bloody massacres thousands dead, thousands of LGBTQIP family dead. I speak on behalf of all LGBTQIP Inmates and family and friends. "Help us, Save us, hear our cries, Listen to our own safty Versus (See) 28 C.F.R. § 115.42 (e)) See also 8 OP030601, VII. Screening Assesment P3 19-21, B.1 (d). Please Start with Yourself then You can save us. "Start with the man in the mirror" -Michael Jackson
P.T.P Rossco Craig ♂♀ #RossCoCraigMovement

RECEIVED JUL 23 2019 GRIEVANCE