IN THE UNITED STATES
EASTERN DISTRICT OF OKLAHOMA

**FILED**
MAR 18 2020

Lamone M. Johnson
  Plaintiff(s)

v.

Dr. Sanders et.al,
  Defendants,

OBJECTION TO MAGISTRATE JUDGE STEVEN P. Shreder

CIV-19-269-RAW-SPS

PLEASE RETURN COPY STAMPED AND FILED!

## OBJECTIONS

Plaintiff Johnson's OBJECTIONS TO MAGISTRATE JUDGE STEVEN P. Shreder Order denying Plaintiff's request for Photocopies are the following:

(1.) Plaintiff is a Pro Se Prisoner whom is not Licensed, nor Certified in law Practice, See: Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991) ("A Pro se litigant's Pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. We believe that this rule means that if the court can reasonably read the pleadings to state a valid claim on which the plaintiff could prevail, it should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various

Pg 2

legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements."). Plaintiff has made motion's for Appointment of Counsel but the court denied plaintiff's motion (see Document 37) Plaintiff has limited access to law libary, Plaintiff is limited to the knowledge within civil law and law in general. Plaintiff proceeded informa Pauperis and does not have the funds to hire a Attorney, Plaintiff has written legal organization's and Attorney's, and the Oklahoma Bar Association, with no such luck, Plaintiff is stressing when it comes to writing legal pleadings, she does not have A adequate law libary to know the legal local rules, everything Plaintiff knows is from one book; Jailhouse lawyers manual.

(2). The Defendant's Answer was one "motion". So the defendant's asked for multiple relief's but their motion/Answer was not denied. (see Document 32, Pg 4,5) This is violation of the equal protection clause of the 14th Amendmant to the U.S. Constitution. Romer v. Evans, 517 U.S. 620, 116 S.Ct. 1620, 134 L.Ed. 2d 855 (1996); Lawrence v. Texas 539 U.S. 558, 582 (2003)

Page 3

; United States v. Windsor, 133 S.Ct. 2675 (2013); Village of Willowbrook v. Olech, 528 U.S. 562, 564 (2000) Plaintiff is entitled to the same relief as other Pro se litigants. Roper v. Simmons, 543 U.S. 551, 560 (2005)

Wherefore Plaintiff respectfully dissent with the Magistrate Judge Steven P. Shreder's order denying Plaintiff's request for Photocopies, asks this Court to reconsider Plaintiff's motion and relief.

Respectfully Submitted
this 13th day of March 2020,
Lemone /s/

## Certificate-of-Mailing

Plaintiff Placed this foregoing document in the Prison Mail room ~~on the~~ March 13th 2020, to the following address:

Clerk of the United States Eastern District of Oklahoma, P.O. Box: 607, Muskogee, OK 74402

Lemone /s/
Dated: 3-13-20