Lamone M. Johnson
  Plaintiff(s),

v.

Dr. Sanders et, al
  Defendants,

CIV-19-269-RAW-SPS

MOTION TO ORDER PRISON OFFICAL'S TO ALLOW PLAINTIFF TO RECEIVE AND SEND AFFIDAVIT'S AND WRITTEN DESPOSITIONS TO PLAINTIFF'S WITNESS MARQUIS PORTER.

FILED
MAR 18 2020
PATRICK KEANEY
Clerk, U.S. District Court
By: _____ Deputy Clerk

Pursuant to rules F.R.C.P. Rules 56(f), 31, Plaintiff asks this court to order Prison Officals to allow Plaintiff to receive and send Affidavits and written DESPOZITIONS, and any other tele communication to Interview Plaintiff's witness Marquis Porter #786756, whom is located at Lawton Corr. Facility, 8607 SE flowermound Rd, Lawton, Oklahoma 73501 to Prepare for Summary Judgement and Trial. Plaintiff is Prose. Jones V. Blanas, 393 F.3d 918 (9th Cir. 2004) Wherefore this Plaintiff's asks this Court to issue a order under Fed. R. Civ. P. 56(f), so that Plaintiff

pg 2

Can receive her Witness Affidavits, written Despostions, and Interveiw Her Witness Inmate Marquis Porter #786756 Located at Lawton Correctional Facility, 8607 SE flowermand Rd, Lawton, OK 73501, through telecommuncation systems. for this relief Plaintiff does Pray.

Respetfully Submitted this 16th day of march 2020.

I Certify that I sent the foregoing Pleading / Document March 16th 2020 to Clerk of the Court.

*Lamont* (signature)

C