IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF OKLAHOMA

Lamone M. Johnson,
          Plaintiff,

          v.

Dr. Sanders et. al.,
          Defendants,

CIV-19-269-JHP-RAW

MOTION TO ORDER PRISON OFFICIALS TO ALLOW PLAINTIFF TO CONDUCT DISCOVERY

**FILED**

APR 16 2020

PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

Plaintiff files this motion under Fed. R. Civ. P. 56(f). In support of this motion Plaintiff states the following:

(1.) On 3-28-20 Plaintiff Ms. Johnson went to suicide Prevention because the O.S.P. Staff Placed her in the cell with a Predator whom had 4 P.R.E.A. Reports filed on him in the Past, and is also Known for sexually assaulting cell mates and other Prisoners as well as violent behavior. Plaintiff told staff (Prison officials) that she did not feel safe in the cell with the inmate, staff disregarded Plaintiff's

Pg 02

own saftey veiws. Plaintiff was being consistently asked to do sexual favors by her cellmate Plaintiff told staff that she felt suicidal to get out of the cell with the inmate whom was persistently pressing Plaintiff for sex Plaintiff was not allowed her mail while on this watch.

(2.) Plaintiff was held on suicide watch at the Oklahoma state Penitentary from Saturday (3-28-20) to the following friday (4-3-20) Plaintiff was transferd to another facility (Joseph Harp com. center) without notice. Ms. Johnson arrived at the facility on 4-3-20 apprx: 11:40 Am where she was informed that she would be being placed in a Program "BMU" Behavior Management Unit, where Plaintiff would be locked down in a Therateutic cell for 15 weeks (5 steps) with 5 steps, each step is the number of weeks the Plaintiff would have to complete to get to the next step. for example: step1 is 1 week of good behavior then on the folowing Tuesday, Plaintiff would be on step 2 where two weeks of good behavior is required for step 3 to be obtained and so forth it cont inues all the way up to step 5. These steps you gain back Your Privileges

Pg.3

Plaintiff is on Step 1, where she is not allowed anything in her room until Step 3 is obtained, Plaintiff can't have access to Pen or Paper while in her Cell. Only for a hour when Plaintiff is outside her cell, she will receive Pen, Paper, because she is Supervised, Plaintiff needs to conduct discovery and obtain Affidavits from Witness Inmate Marquis Porter 786756, Plaintiff was entered into this Program against her will. Now her access to Courts rights are being "restricted"

(3) Plaintiff asks this court to issue a Order Ordering Joseph harp Correctional center to allow Plaintiff to have her Property (exhibits, legal books,) Pen and Paper inside her cell and reasonable access to the Law library so that Plaintiff Can Conduct discovery, and have the clerk send any orders, decisions from 3-26-20 - 4-10-20. Wherefore, Plaintiff moves this court to issue a "Just Order" Pursuant to Fed. Civ. R. P. 56 (f) to allow Plaintiff to have her Property (exhibits, legal books) Pen, Paper, envelopes inside her cell and reasonable access to the law library so Plaintiff can conduct discovery and have the clerk of this court resend any Previous orders

Pg.4

decisions issued to the Plaintiff's new address, for this relief the Plaintiff deres Pray,

with Respect, hope

Respectfully submitted

Lamore M. Jnn
4-9-20

## CERTIFICATE OF SERVICE

I hereby Certify that the foregoing document was placed in the Joseph harp Corr. Center's mail box on 4-9-20 to the Clerk of the Court to send a copy to the Defendants Counsel Darrell L. moore (Due to Not Knowing the address) On 4-9-20

Clerk of Eastern District of Oklahoma
P.O. Box, 607
muskogee, OK 74401

Lamore M. Jnn
4-9-20
Lamore M. Johnson 744047
J.H.C.C, S.M.H.U, -1- 107
P.O. Box; 548
Lexington, OK 73051