IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Lamone M. Johnson, Plaintiff | PLAINTIFFS REQUEST FOR LEAVE OF COURT |
| Vs. | Case No. CIV-19-269-JHP-RAW |
| Dro Sanders et al, Defendants | FILED JUN -7 2020 PATRICK KEANEY Clerk, U.S. District Court Deputy Clerk |

## PLAINTIFF'S REQUEST FOR LEAVE OF COURT

Plaintiff asks this Court to grant her leave of court Pursuant to Rule 30(a)(2)(B). Plaintiff would be deposing her witness Inmate Marquis Porter whom is a inmate Confined at the Lawton Correctional facility, Under the Fed. R. Civ. P. 30(a)(2)(B) Plaintiff "must obtain leave of court, and the court must grant leave to the extent Consistent with Rule 26(b)(1) and (2)... if the deponent is Confined in Prison". Where fore, Plaintiff asks this Court to grant her "Leave of Court" to depose her only witness Inmate Marquis Porter located at Lawton Correctional facility, for this relief Plaintiff does Pray,

Respectfully submitted on this 1st day of June, 2020.

Lamone Johnson

Pg. 1

## Certificate of Service

I hereby certify that on the 1st day of June, 2020 I placed the foregoing document in the prison mail room to the below address

○ DARRELL L. MOORE
P.O. Box: 368
Pryor, OK 74362

*Lamore Johnson*
Lamore M. Johnson
J.H.C.C.
P.O. Box: 548
Lexington, OK 73051