IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

Lamone M. Johnson
Plaintiff,

V.

Dr. Sanders, et al
Defendants,

NOTICE OF CHANGE OF ADDRESS
CIV-19-269-JFH-SPS

As of 12-1-20, Plaintiff was transferd back to O.S.P., Plaintiff, just now receved writing material to send Notice to the courts, Any responses and orders that have been after 12-30-20, Plaintiff is not aware of. Plaintiff asks this Court to issue all missed documents (reply's, orders) to the Plaintiff at her new address:

Lamone Johnson #744047
OSP/NW-2-C
P.O. Box 97
McAlester, OK 74502

Plaintiff does not have Defendant's Counsel's Contact Information at the moment →

pg 2

The Plaintiff asks this honorable court's Clerk to Issue Notice to Mr. Moore. Via e-mail,

For this relief Plaintiff does Pray,

ON this 8th day of December 2020

Lamar[signature]

I hereby Certify that the court Clerk's office has sent a copy (via e-mail) to the defendant's Counsel Darrell L. Moore On receipt of this motion/pleading On 8th of December 2020

Lamar[signature]