Lamone Johnson #744047
O.S.P./UU 2-C
P.O.Box 97
McAlester, OK 74502

Clerk of E.D. of Okla.
P.O. Box 607
Muskogee, OK 74401-7402

Legal Mail

RECEIVED
DEC 15 2020
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

This correspondence is from an inmate under the custody of the Oklahoma Department of Correction (ODO  ). For specific information about the inmate sending this correspondence such as, offense projected release date, photo, etc., refer to our website at http://www.ok.gov/doc. Click on the "Inmates" link then the "Inmate Lookup" link or contact Oklahoma State Penitentiary at the (918) 423-4700. Further, the facility is not responsible for the substance or content. Objectional material may be returned to the facility head at Oklahoma State Penitentiary.